Argued and submitted November 25, reversed and remanded for reconsideration;
otherwise affirmed December 18, 1991

In the Matter of the Compensation of
Howard B. Chandler, Claimant.
GEORGIA-PACIFIC CORPORATION,
*Petitioner,*

*v.*

Howard B. CHANDLER,
*Respondent.*

(89-25663; CA A69611)

821 P2d 449

Jerald P. Keene, Portland, argued the cause for petitioner. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C., Portland.

David L. Johnstone, Portland, waived appearance for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration of employer's denial of compensability of pre-existing underlying degenerative disc disease at C4-5, C5-6 and C6-7 in light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991); otherwise affirmed.